UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
06-CV-1157(JMR/FLN)

| | |
|---|---|
| Reggie Griffin ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| State of Minnesota ) | |

Petitioner objects to the Report and Recommendation issued November 28, 2006, by the Honorable Franklin L. Noel, United States Magistrate Judge. The Magistrate recommended denying petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner's objections to the Report were timely filed pursuant to Local Rule 72.2(b).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation [Docket No. 15]. Accordingly, IT IS ORDERED that:

1. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Docket No. 6] is denied.

2. This action is dismissed with prejudice.

3. No certificate of appealability will be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 7th, 2007

                                              s/ James M. Rosenbaum
                                              JAMES M. ROSENBAUM
                                              United States Chief District Judge